IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

BARRIAN TEALL CARTWRIGHT,     )
    )
               Plaintiff,     )
vs.     )         NO. CIV-06-1037-D
    )
STEPHANIE RINGGOLD, et al.,     )
    )
               Defendants.     )

## O R D E R

Plaintiff, an inmate appearing *pro se*, brought this action pursuant to 42 U.S.C. §1983. In accordance with 28 U.S.C. §636(b)(1)(B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for initial proceedings. Defendants filed motions in which they argued that the action should be dismissed on several grounds, including the contention that the asserted claims are moot. On February 5, 2008, Judge Bacharach filed a Report and Recommendation [Doc. No. 63] in which he determined that the claims are moot; he recommended that the Court dismiss this action without prejudice to the filing of a new action.

The Report and Recommendation advised Plaintiff of his right to object to same, set a February 25, 2008 deadline for filing objections, and cautioned Plaintiff that a failure to timely file objections would result in a waiver of his right to appellate review of the matters determined in the Report and Recommendation. The February 25 deadline has expired, and Plaintiff has not filed an objection or sought an extension of time in which to object. Accordingly, the Report and Recommendation [Doc. No. 63] is adopted as though fully set forth herein. This action is dismissed

without prejudice to the filing of a new action.

     IT IS SO ORDERED this 6th day of March, 2008.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE